UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **DEVIN KENNEDY** | § | CIVIL ACTION NO.: 5:20-cv-00407 |
| | § | |
| **VERSUS** | § | JUDGE ELIZABETH E. FOOTE |
| | § | |
| **CITY OF SHREVEPORT** | § | MAGISTRATE MARK L. HORNSBY |

## STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel come plaintiff, DEVIN KENNEDY, and defendant, CITY OF SHREVEPORT, who hereby stipulate that the above-entitled matter be dismissed, as to all defendants, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED this 3rd day of November, 2021.

PETTIETTE, ARMAND, DUNKELMAN, WOODLEY, BYRD & CROMWELL, LLP

BY: /s/ Joseph S. Woodley
Joseph S. Woodley, Bar #19228

400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, Louisiana 71166-1786
(318) 221-1800 Telephone
(318) 226-0390 Facsimile
E-mail: jwoodley@padwbc.com

ATTORNEYS FOR DEFENDANT,
CITY OF SHREVEPORT

DOWNER, JONES, MARINO & WILHITE, L.L.C.

BY: /s/Pamela R. Jones
Pamela R. Jones, Bar #19640

401 Market Street, Suite 1250
Shreveport, Louisiana 71101
(318) 213-4444 Telephone
(318) 213-4445 Facsimile
E-mail: pjones@dhw-law.com

ATTORNEY FOR PLAINTIFF,
DEVIN KENNEDY